Argued and submitted September 1, review dismissed as improvidently allowed
October 6, 1994

Hubert B. FINCH,
*Petitioner on Review,*

*v.*

Ray ANDREWS,
The National Hot Rod Association,
a California corporation,
*Respondents on Review,*
*and*

John DOES 1-15,
*Defendants.*

(CC 91-2042-L-1; CA A78081; SC S40910)

881 P2d 139

Larry B. Workman, of Frohnmayer, Deatherage, Pratt, Jamieson & Clarke, P.C., Medford, argued the cause for petitioner on review. Robert S. Hamilton filed the petition.

Hugh B. Collins, Medford, argued the cause for respondents on review.

Charles F. Adams, of Stoel Rives Boley Jones & Grey, Portland, filed a brief on behalf of *amicus curiae* Oregon Streetrod Association.

Phil Goldsmith, Portland, filed a brief on behalf of *amicus curiae* Oregon Trial Lawyers Association.

MEMORANDUM OPINION

Review dismissed as improvidently allowed.